IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                      ) | |
|            Plaintiff,                ) | |
|                                      ) | |
|     v.                               ) | Criminal Action No. 97-65-001 |
|                                      ) | |
| KEVIN BLACK,                         ) | |
|                                      ) | |
|            Defendant.                ) | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Richard G. Andrews as attorney of record for the United States and enter the appearance of Ilana H. Eisenstein, Assistant U.S. Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: February 19, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal Action No. 97-65-001 |
| ) | |
| **KEVIN BLACK,** ) | |
| ) | |
| **Defendant.** ) | |

### CERTIFICATE OF SERVICE

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 20th day of February, 2008, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was sent via U.S. Mail to counsel of record as follows:

Kevin Black
#03970-015
FCI - Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

/s/Brandi C. Everett
Brandi C. Everett
Legal Assistant