Mr. Kevin Black
Reg. No. 03970-015
FCI Ray Brook
P.O. Box 9003
Ray Brook, New York 12977

Attn: Clerk of Court
United States District Court for the District of Delaware
844 King Street
Federal Building
Wilmington, Delaware 19801-3588

February 11, 2008

To whom it may concern:

I am sending this letter along with this MOTION TO CORRECT OR MODIFY TERM OF IMPRISONMENT to request that I receive a stamped copy upon receipt of this motion by the court, and that you provide me with a updated docket sheet with the motion being on the docket entry.

As you can see from the documents that I am enclosing with this motion, this is the second time I sent this motion certified mail; return receipt. On February 8, 2008, at approximately 2:00 PM, my case manager, Mr. Lucas, spoke to and faxed a copy of the Domestic Return Receipt form to this office in hopes of finding out who signed for the motion. The individual who he spoke to and faxed the material to was named "Bob."

Also, the copy that was mailed out to the United States Attorney's office was just received on February 5, 2008. As stated in the original Certificate of Service, both copies were mailed by myself through the United States Postal Service by way of the Legal Mail system here at FCI Ray Brook.(Institutional Records may be subpoened by the Court to ensure this was done on or about January 8, 2008)

As my original Judge has been appointed to the Third Circuit Court of Appeals, I am also requesting that you notify me of whom my case has been assigned to.

Very Truly Yours,

Kevin Black
Kevin Black
Reg. No. 03970-015

cc:file, United States Attorney's Office

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .82 |
| Certified Fee | 2.15 |
| Return Receipt Fee (Endorsement Required) | 2.65 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.62 |

Postmark Here — JAN 09 2008 USPS

BLACK 03970-015

Article Number: 7007 1490 0005 0340 1807

Sent To: U.S. Attorney Office
Street, Apt. No.; or PO Box No.: 1007 Orange St. (Suite 700) P.O. Box 2046
City, State, ZIP+4: Wilmington, DE 19899

PS Form 3800, August 2006

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.46 |
| Certified Fee | 2.15 |
| Return Receipt Fee (Endorsement Required) | 2.65 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.26 |

Postmark Here — JAN 09 2008 USPS

BLACK 03970-015

Article Number: 7007 1490 0005 0340 1814

Sent To: U.S. District Court
Street, Apt. No.; or PO Box No.: 844 King St. (Federal Building)
City, State, ZIP+4: Wilmington, DE 19801-3588

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States Attorney Off.
Nemours Building
1007 Orange St. (Suite 700)
P.O. Box 2046
Wilmington, DE 19899-2046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Jeff_____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Jillian Swart
C. Date of Delivery: 2/5/08
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

FEB 05 20..

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0005 0340 1807

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. District Court<br>844 King St.<br>Federal Building<br>Wilmington, DE 19801-3588 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 1490 0005 0340 1814 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540