IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 97-65-JJF |
| KEVIN BLACK, | : |
| Defendant. | : |

## O R D E R

WHEREAS, Defendant Kevin Black filed a Motion To Correct Or Modify Term Of Imprisonment (D.I. 67);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Government shall file its Answer Brief to the Motion no later than **Thursday, April 10, 2008**.

2. Defendant shall file any Reply Brief no later than **Thursday, April 24, 2008**.

March 20, 2008
DATE

UNITED STATES DISTRICT JUDGE