IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Action No. 97-65-001 |
| | ) | |
| **KEVIN BLACK,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 4th day of April, 2008, I electronically filed the **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO CORRECT OR MODIFY TERM OF IMPRISONMENT** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was sent via U.S. Mail to counsel of record as follows:

Kevin Black
#03970-015
Ray Brook Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 300
Ray Brook, NY 12977

/s/Brandi C. Everett
Brandi C. Everett
Legal Assistant